IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01798-MSK-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$110,615.00 IN UNITED STATES CURRENCY,

        Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture **(#17)** filed July 21, 2011, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Pingjin Zhuang, have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute as to defendant currency;

THAT no other claims to defendant currency have been filed;

THAT upon agreement of the parties, the United States shall return to Pingjin Zhuang, through counsel, $57,000.00 of defendant $110,615.00 in United States Currency; the remaining $53,615.00 of defendant $110,615.00 in United States Currency shall be

forfeited to the United States and disposed of in accordance with law;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Motion is **GRANTED**.  A Final Order of Forfeiture shall enter in this case forfeiting $53,615.00 of defendant $110,615.00 in United States currency;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

The Clerk shall close this case.

DATED this 27th day of July, 2011.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge